| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA** | |
| Case number *(if known)* _____    Chapter  **7** | |
| | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Barstow Towing, Inc.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
33-0208538

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2241 W Main Street** <br> **BARSTOW, CA 92311** <br> Number, Street, City, State & ZIP Code | **29655 Palermo Street** <br> **Barstow, CA 92311** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **San Bernardino** <br> County | **Location of principal assets, if different from principal place of business** <br> _____ <br> Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

| | |
|---|---|
| Debtor **Barstow Towing, Inc.** | Case number (*if known*) |
| Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__7549__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor **Barstow Towing, Inc.**                                                     Case number (*if known*)
     Name

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. |

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>        Contact name _____<br>        Phone _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>■ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| | | | |
|---|---|---|---|---|
| **14.** | **Estimated number of creditors** | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |

| | | | | |
|---|---|---|---|---|
| **15.** | **Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>■ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

| | | | | |
|---|---|---|---|---|
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Official Form 201                          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                          page 3

Debtor **Barstow Towing, Inc.**     Case number (*if known*)
Name

☐ $50,001 - $100,000  ☐ $10,000,001 - $50 million  ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000  ■ ☐ $50,000,001 - $100 million  ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million  ☐ $100,000,001 - $500 million  ☐ More than $50 billion

Debtor  **Barstow Towing, Inc.**                                                 Case number (if known)
        Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 15, 2024**
              MM / DD / YYYY

X _/s/ signature_
Signature of authorized representative of debtor

Printed name: **Daniel T. Ebersohl, Sr.**

Title  **President**

**18. Signature of attorney**

X _/s/ signature_
Signature of attorney for debtor

Date  **April 15, 2024**
      MM / DD / YYYY

Printed name: **Martin A. Eliopulos, Esq. 149299**

Firm name: **Higgs Fletcher & Mack LLP**

**401 West A Street Suite 2600**
**San Diego, CA 92101**
Number, Street, City, State & ZIP Code

Contact phone  **(619) 236-1551**    Email address  **elio@higgslaw.com**

**149299 CA**
Bar number and State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 5

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Martin A. Eliopulos, Esq. 149299<br>401 West A Street Suite 2600<br>San Diego, CA 92101<br>(619) 236-1551 Fax: (619) 696-1410<br>California State Bar Number: **149299 CA**<br>elio@higgslaw.com | |

☐ *Debtor(s) appearing without an attorney*
■ **Attorney for Debtor**

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

In re:

**Barstow Towing, Inc.**

Debtor(s).

CASE NO.:
CHAPTER: 7

### VERIFICATION OF MASTER MAILING LIST OF CREDITORS

**[LBR 1007-1(a)]**

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __4__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **April 15, 2024**

_____, PRESIDENT
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **April 15, 2024**

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015

F 1007-1.MAILING.LIST.VERIFICATION

Barstow Towing, Inc.
29655 Palermo Street
Barstow, CA 92311


Martin A. Eliopulos, Esq.
Higgs Fletcher & Mack LLP
401 West A Street Suite 2600
San Diego, CA 92101


American Towing and Recovery
2520 East Main St
Barstow, CA 92311


Avaya Financial Services
First Citizens
21146 Network Place
Chicago, IL 60673


B of A Business Advantage
PO Box 15796
Wilmington, DE 19886


CFG Merchant Solutions
180 Maiden Ln
15th Floor
New York, NY 10038


Charter Communications
Spectrum Business
PO Box 60074
City of Industry, CA 91716


DirecTv
PO Box 5006
Carol Stream, IL 60197

```
Dr Mikes Walk In Clinic Inc
15791 Bear Valley Rd
Hesperia, CA 92345


FleetPride
Heavy Duty Parts and Services
PO Box 847118
Dallas, TX 75284


Flyers Energy
2360 Lindbergh St
Auburn, CA 95602


Forward Financing LLC
53 State St
20th Floor
Boston, MA 02109


Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0531


Frontier Communications
PO Box 740407
Cincinnati, OH 45274


GBR Funding West Inc DBA Byzfunder
530 7th Ave Ste 505
New York, NY 10018


Home Depot Credit Services
Dept 32-2531968828
PO Box 78047
Phoenix, AZ 78047
```

Leonard Purdy
5208 Concho Bay
PO Box 305
Topock, AZ 86436


Lida N. Fitzpatrick
Ardalan & Associates PLC
Attn  P Christopher Ardalan Esq
3225 Old Conejo Road
Thousand Oaks, CA 91320


MetLife Metropolitan
Life Insurance Company
811 Main Street 7th Floor
Kansas City, MO 64105


Mission Linen Supply
619 West Ave I
Lancaster, CA 93534


National Tire Wholesale
PO Box 205535
Dallas, TX 75320


On Deck- Celtic Bank
1400 Broadway
New York, NY 10018


Orkin Pest Control
PO Box 740300
Cincinnati, OH 45274


Platronics C&E Inc
1613 State Street Suite 6
Barstow, CA 92311

PrePass
PO Box 932588
Atlanta, GA 31193

Rebel Oil Company Inc
10650 W Charleston Blvd
Suite 100
Las Vegas, NV 89135

Safety-Kleen Systems Inc
PO Box 975201
Dallas, TX 75397

Santander Bank NA
PO Box 847386
Boston, MA 02284

United First UCE/First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57101

US Bank
PO Box 790408
St Louis, MO 63179

Verdant Commercial Capital
PO Box 207202
Dallas, TX 75320

Westrux International Inc
PO Box 309
Norwalk, CA 90651