Fill in this information to identify the case:

Debtor name **Barstow Towing, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **24-11988-MH**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 18, 2024**           X _____
                                          Signature of individual signing on behalf of debtor

**Daniel T. Ebersohl, Sr.**
Printed name

**President**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Barstow Towing, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **24-11988-MH**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals        **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.......................................................................................    $          **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*...................................................................................    $     **703,482.40**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*......................................................................................    $     **703,482.40**

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $     **165,790.99**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $          **800.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$   **14,922,544.55**

4.   Total liabilities ...................................................................................................
   Lines 2 + 3a + 3b                                                                              $   **15,089,135.54**

**Fill in this information to identify the case:**

Debtor name: **Barstow Towing, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known): **24-11988-MH**

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **US Bank** | **Checking** | **3567** | **$14,553.92** |
| 3.2. | **US Bank** | **Checking** | **5368** | **$401.94** |
| 3.3. | **US Bank** | **Savings Account** | **1737** | **$1.16** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          **$14,957.02**

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

Debtor    **Barstow Towing, Inc.**                                    Case number *(If known)*  **24-11988-MH**
       Name

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:              **64,845.00**    -              **0.00**    = ....              **$64,845.00**
        face amount              doubtful or uncollectible accounts

11b. Over 90 days old:              **3,680.38**    -              **0.00**    =....              **$3,680.38**
        face amount              doubtful or uncollectible accounts

12.    **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                 | **$68,525.38** |

| **Part 4:** | **Investments** |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| **Part 5:** | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39.    **Office furniture** **4 Desks, 3 File Cabinets, 6 Desk Chairs, 1 Desk Stool, 2 Couches, 1 Bookcase, 1 Side Table, 2 Cabinets, 1 Refridgerator, 1 Microwave** | **Unknown** | **Replacement** | **$2,000.00** |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

Debtor    **Barstow Towing, Inc.**                                              Case number *(If known)*  **24-11988-MH**
          Name

43.    **Total of Part 7.**                                                                                    | $2,000.00 |
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.    **Vehicle: 2018 Freightliner Tow Truck (#35)**<br>**See Attachment 47A (Tow Truck Detail)** | Unknown | Replacement | $145,000.00 |
| 47.2.    **Vehicle:  2019 International MV Car Carrier (#21)**<br>**See Attachment 47A (Tow Truck Detail)**<br>**(Combined with Loan on Truck #28)** | Unknown | Replacement | $40,000.00 |
| 47.3.    **Vehicle:  2021 International MV Car Carrier (#37)**<br>**See Attachment 47A (Tow Truck Detail)** | Unknown | Replacement | $65,000.00 |
| 47.4.    **Vehicle: 2021 International MV Car Carrier (#39)**<br>**See Attachment 47A (Tow Truck Detail)** | Unknown | Replacement | $65,000.00 |
| 47.5.    **Vehicle: 2018 Ram 3500 Pickup (4x4)**<br>**See Attachment 47A (Tow Truck Detail)** | Unknown | Replacement | $50,000.00 |
| 47.6.    **Vehicle: 2020 International MV Car Carrier (#22)**<br>**See Attachment 47A (Tow Truck Detail)** | Unknown | Replacement | $40,000.00 |
| 47.7.    **Vehicle: 1976 Ford F250 Tow Truck**<br>**See Attachment 47A (Tow Truck Detail)** | Unknown | Replacement | $4,000.00 |
| 47.8.    **Vehicle: 2016 International 4300 Car Carrier (#46)**<br>**See Attachment 47A (Tow Truck Detail)** | Unknown | Replacement | $25,000.00 |

| Debtor | **Barstow Towing, Inc.** | | Case number *(if known)* **24-11988-MH** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 47.9. | **Vehicle: 2007 Dodge 3500 Pickup (4x4)** | **Unknown** | **Replacement** | **$15,000.00** |
| 47.10. | **Vehicle: 2008 Dodge 5500 Combo Tow Truck (#31)** **See Attachment 47A (Tow Truck Detail)** **Must be registered out of state** | **Unknown** | **Replacement** | **$20,000.00** |
| 47.11. | **Vehicle: 2020 International Service Truck (#28)** **See Attachment 47A (Tow Truck Detail)** **Combined with Loan on Truck #21** | **Unknown** | **Replacement** | **$85,000.00** |
| 47.12. | **Vehicle: 2011 Chevy 3500 Service Bed Truck** **See Attachment 47A (Tow Truck Detail)** | **Unknown** | **Replacement** | **$4,000.00** |
| 47.13. | **Vehicle: SCRAP-CAB AND CHASSEY ONLY-STRIPPED-INVOLVED IN AN ACCIDENT** | **$0.00** | | **$0.00** |
| 47.14. | **Vehicle: Black Trailer- Junk** | **$0.00** | | **$0.00** |
| 47.15. | **Vehicle: Metal Brown Trailer-Junk** | **$0.00** | | **$0.00** |
| 47.16. | **Vehicle: Single Axel Red Trailer- Junk** | **$0.00** | | **$0.00** |
| 47.17. | **Vehicle: Single axel Doosan Trailer-junk** | **$0.00** | | **$0.00** |
| 47.18. | **Vehicle: 2023 SMPCS Trailer-junk** | **$0.00** | | **$0.00** |
| 47.19. | **Vehicle: Blue Toyota Tacoma-junk** | **$0.00** | | **$0.00** |
| 47.20. | **Vehicle: 1985 Suzuki LT 185 Quad-junk** | **$0.00** | | **$0.00** |
| 47.21. | **Vehicle: 2004 Suzuki quad-junk** | **$0.00** | | **$0.00** |
| 47.22. | **Vehicle: 1991 SYX Dirt Bike-junk** | **$0.00** | | **$0.00** |
| 47.23. | **Vehicle: 2003 Mits. Lancer Burned-junk** | **$0.00** | | **$0.00** |

Debtor   **Barstow Towing, Inc.**
_____
Name

Case number *(If known)*  **24-11988-MH**

| | | | |
|---|---|---|---|
| 47.24. | **Vehicle: unknown complete burn vehicle-junk** | $0.00 | $0.00 |
| 47.25. | **Vehicle: 2017 Black Mercedes SL550-junk** | $0.00 | $0.00 |
| 47.26. | **Vehicle: 2012 Gray Subaru Forester-junk** | $0.00 | $0.00 |
| 47.27. | **Vehicle: 1987 VW Bus-junk** | $0.00 | $0.00 |
| 47.28. | **Vehicle: 1995 Red Jeep Grand Cherokee-junk** | $0.00 | $0.00 |
| 47.29. | **Vehicle: 2002 Brown Hyundai Sonata-junk** | $0.00 | $0.00 |
| 47.30. | **Vehicle: 1999 White Honda Civic junk** | $0.00 | $0.00 |
| 47.31. | **Vehicle: 1992 Ford Econo 150-junk** | $0.00 | $0.00 |
| 47.32. | **Vehicle: 1997 Blue Ford Explorer-junk** | $0.00 | $0.00 |
| 47.33. | **Vehicle: Ford Sprinter-burn-junk** | $0.00 | $0.00 |
| 47.34. | **Vehicle: 2001 Silver Dodge Durango junk** | $0.00 | $0.00 |
| 47.35. | **Vehicle: 2000 Chevy S10 Gold- junk** | $0.00 | $0.00 |
| 47.36. | **Vehicle: 1999 Chevy Silverado White-junk** | $0.00 | $0.00 |
| 47.37. | **Vehicle: 2002 Chevy Trailblazer green junk** | $0.00 | $0.00 |
| 47.38. | **Vehicle:  2018 International MV Car Carrier (#32) See Attachment 47A (Tow Truck Detail)** | Unknown    Replacement | $30,000.00 |
| 47.39. | **Vehicle:  2018 International MV Car Carrier (#36) See Attachment 47A (Tow Truck Detail)** | Unknown    Replacement | $30,000.00 |

| Debtor | **Barstow Towing, Inc.** | Case number *(if known)* | **24-11988-MH** |
|---|---|---|---|
| | Name | | |

| 47.40. | **1993 Trailer Black and Orange - junk** | Unknown | N/A | $0.00 |
|---|---|---|---|---|

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **Corghi Tire Machine** | Unknown | N/A | Unknown |
| **Coats Tire Balancer**<br>**Model No. XR1750** | Unknown | N/A | Unknown |
| **2 Mechanical Car Lifts**<br>**Bolted to Ground** | Unknown | N/A | Unknown |

51. **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| $618,000.00 |
|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties**<br>**General Intangibiles: City of Barstow Business License License number 011504** | Unknown | | Unknown |
| 63. **Customer lists, mailing lists, or other compilations** | | | |

Debtor    **Barstow Towing, Inc.**                                         Case number *(If known)*  **24-11988-MH**
          <sub>Name</sub>

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                        | **$0.00** |

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

| Debtor | **Barstow Towing, Inc.** | Case number *(If known)* **24-11988-MH** |
|---|---|---|
| | Name | |

---

**Part 12:** **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $14,957.02 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $68,525.38 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $618,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $703,482.40 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $703,482.40 |

**Fill in this information to identify the case:**

Debtor name   **Barstow Towing, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **24-11988-MH**

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property      12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**  **Santander Bank NA**<br><br>Creditor's Name<br><br>**PO Box 847386<br>Boston, MA 02284**<br><br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Vehicle: 2018 Freightliner Tow Truck (#35)** | **$5,558.31** | **$145,000.00** |
| | Describe the lien<br>**Purchase Money Security**<br>**Is the creditor an insider or related party?** | | |
| Creditor's email address, if known | ☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?** | | |
| **Date debt was incurred<br>12/2017**<br>**Last 4 digits of account number<br>2001** | ☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2**  **Verdant Commercial Capital**<br><br>Creditor's Name<br><br>**PO Box 207202<br>Dallas, TX 75320**<br><br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Vehicle: 2019 International Service Bed (#21)<br>Est. FMV $40,000.00<br>Vehicle: 2020 International Service Bed (#28)<br>Est. FMV $85,000** | **$54,814.91** | **$40,000.00** |
| | Describe the lien<br>**Purchase Money Security**<br>**Is the creditor an insider or related party?** | | |
| Creditor's email address, if known | ☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?** | | |
| **Date debt was incurred<br>7/2021**<br>**Last 4 digits of account number<br>6504,505** | ☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |

| Debtor | **Barstow Towing, Inc.** | | Case number (if known) | **24-11988-MH** |
|---|---|---|---|---|
| | Name | | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Verdant Commercial Capital** | | | |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**                    $47,593.93        $65,000.00

**Vehicle: 2021 International MV Car Carrier (#37)**
**See Attachment 47A (Tow Truck Detail)**

**PO Box 207202**
**Dallas, TX 75320**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/2020**

**Last 4 digits of account number**
**6503**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Verdant Commercial Capital** | | | |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**                    $28,504.95        $65,000.00

**Vehicle:  2021 International MV Car Carrier (#39)**
**See Attachment 47A (Tow Truck Detail)**

**PO Box 207202**
**Dallas, TX 75320**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**7/2020**

**Last 4 digits of account number**
**6502**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Verdant Commercial Capital** | | | |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**                    $12,675.31        $50,000.00

**Vehicle: 2018 Ram 3500 Pickup (4x4)**
**See Attachment 47A (Tow Truck Detail)**

**PO Box 207202**
**Dallas, TX 75320**

---

Debtor    **Barstow Towing, Inc.**
_____    Case number (if known)    **24-11988-MH**
Name

| | |
|---|---|
| Creditor's mailing address | Describe the lien |
| | **Purchase Money Security** |
| | Is the creditor an insider or related party? |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred** | ■ No |
| **9/2019** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **6501** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

| | | | |
|---|---|---|---|
| 2.6 | **Verdant Commercial Capital** | $16,643.58 | $40,000.00 |
| | Creditor's Name | | |

| | |
|---|---|
| | Describe debtor's property that is subject to a lien |
| **PO Box 207202** | **Vehicle: 2020 International MV Car Carrier (#22)** |
| **Dallas, TX 75320** | **See Attachment 47A (Tow Truck Detail)** |
| Creditor's mailing address | |
| | Describe the lien |
| | **Purchase Money Security** |
| | Is the creditor an insider or related party? |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred** | ■ No |
| **6/2019** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **6500** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $165,790.99

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name    **Barstow Towing, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **24-11988-MH**

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$800.00** | **$0.00** |

**2.1**

Priority creditor's name and mailing address
**Franchise Tax Board**
**PO Box 942857**
**Sacramento, CA 94257-0531**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim    **$800.00**
Priority amount    **$0.00**

Date or dates debt was incurred
**01/1/2024**

Basis for the claim:
**2023 Corporation Estimated Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1**

Nonpriority creditor's name and mailing address
**American Towing and Recovery**
**2520 East Main St**
**Barstow, CA 92311**
Date(s) debt was incurred **09/21/2023**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Tow Truck Repairs**

Is the claim subject to offset? ☑ No ☐ Yes

Amount of claim    **$4,667.17**

**3.2**

Nonpriority creditor's name and mailing address
**Avaya Financial Services**
**First Citizens**
**21146 Network Place**
**Chicago, IL 60673**
Date(s) debt was incurred _
Last 4 digits of account number **6347**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Phone System monthly payments**

Is the claim subject to offset? ☑ No ☐ Yes

Amount of claim    **$1,468.41**

| Debtor | **Barstow Towing, Inc.** | Case number (if known) | **24-11988-MH** |
|---|---|---|---|
| | Name | | |

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,124.98**

**B of A Business Advantage**
PO Box 15796
Wilmington, DE 19886

Date(s) debt was incurred  **Date Opened: 05/1/2006**
**Last Used: 02/8/2024**

Last 4 digits of account number  **4309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Credit Card  Cash Rewards available $46.92**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,200.00**

**CFG Merchant Solutions**
180 Maiden Ln
15th Floor
New York, NY 10038

Date(s) debt was incurred  **02/15/2024**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$134.99**

**Charter Communications**
**Spectrum Business**
PO Box 60074
City of Industry, CA 91716

Date(s) debt was incurred  **05/1/2006**

Last 4 digits of account number  **3638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Internet Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$302.48**

**DirecTv**
PO Box 5006
Carol Stream, IL 60197

Date(s) debt was incurred  **03/4/2024**

Last 4 digits of account number  **5670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TV streaming for office**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$105.00**

**Dr Mikes Walk In Clinic Inc**
15791 Bear Valley Rd
Hesperia, CA 92345

Date(s) debt was incurred  **01/20/2024**

Last 4 digits of account number  **7310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee Drug Testing**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,164.02**

**FleetPride**
**Heavy Duty Parts and Services**
PO Box 847118
Dallas, TX 75284

Date(s) debt was incurred  **09/26/2023**

Last 4 digits of account number  **7420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tow Truck Parts**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39,388.58**

**Flyers Energy**
2360 Lindbergh St
Auburn, CA 95602

Date(s) debt was incurred  **Date Opened: 02/8/2016**
**Last Used: 04/6/2024**

Last 4 digits of account number  **3455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee Fuel cards for tow trucks no rewards**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Barstow Towing, Inc.**                                    Case number (if known)   **24-11988-MH**
Name

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$43,090.80** |

**Forward Financing LLC**
**53 State St**
**20th Floor**
**Boston, MA 02109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/29/2023**

**Basis for the claim:**  **Business Loan**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,972.50** |

**Forward Financing LLC**
**53 State St**
**20th Floor**
**Boston, MA 02109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/25/2023**

**Basis for the claim:**  **Business Loan**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,478.59** |

**Frontier Communications**
**PO Box 740407**
**Cincinnati, OH 45274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/1/2006**

**Basis for the claim:**  **Phone Services**

Last 4 digits of account number  **6065**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,427.65** |

**GBR Funding West Inc DBA Byzfunder**
**530 7th Ave Ste 505**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/17/2023**

**Basis for the claim:**  **Business Loan**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$116.54** |

**Home Depot Credit Services**
**Dept 32-2531968828**
**PO Box 78047**
**Phoenix, AZ 78047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Date Opened: 01/1/2019**
**Last Used: 02/8/2024**

**Basis for the claim:**  **business credit card no rewards**

Last 4 digits of account number  **8828**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00** |

**Leonard Purdy**
**5208 Concho Bay**
**PO Box 305**
**Topock, AZ 86436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/1/2006**

**Basis for the claim:**  **Business Lease**
**Past Due Rent**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500,000.00** |

**Leonard Purdy**
**5208 Concho Bay**
**PO Box 305**
**Topock, AZ 86436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/1/2006**

**Basis for the claim:**  **$850,000.00 Secured Installment Note and Security**
**Agreement re Corporate Assets**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Barstow Towing, Inc.** | | Case number (*if known*) | **24-11988-MH** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13,953,097.30** |
|---|---|---|---|

**Lida N. Fitzpatrick**
**Ardalan & Associates PLC**
**Attn  P Christopher Ardalan Esq**
**3225 Old Conejo Road**
**Thousand Oaks, CA 91320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/18/2023**

**Basis for the claim:  Judgment**
**Superior Court, San Bernardino County**
**Case No.: CIVSB2029064**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$581.16** |
|---|---|---|---|

**MetLife Metropolitan**
**Life Insurance Company**
**811 Main Street 7th Floor**
**Kansas City, MO 64105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/7/2023**

**Basis for the claim:  Dental Vision Insurance for employees**

Last 4 digits of account number  **0003**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,675.35** |
|---|---|---|---|

**Mission Linen Supply**
**619 West Ave I**
**Lancaster, CA 93534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/4/2024**

**Basis for the claim:  Employee Uniforms**

Last 4 digits of account number  **6058**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,951.46** |
|---|---|---|---|

**National Tire Wholesale**
**PO Box 205535**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/1/2023**

**Basis for the claim:  Tires for Tow Trucks**

Last 4 digits of account number  **9434**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$45,618.48** |
|---|---|---|---|

**On Deck- Celtic Bank**
**1400 Broadway**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/29/2023**

**Basis for the claim:  Business Loan**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$666.96** |
|---|---|---|---|

**Orkin Pest Control**
**PO Box 740300**
**Cincinnati, OH 45274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/25/2023**

**Basis for the claim:  Pest Control Services**

Last 4 digits of account number  **1083**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$400.00** |
|---|---|---|---|

**Platronics C&E Inc**
**1613 State Street Suite 6**
**Barstow, CA 92311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/21/2024**

**Basis for the claim:  2 way radio in trucks and office yearly fees**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Barstow Towing, Inc.** | Case number (if known) | **24-11988-MH** |
|---|---|---|---|
| | Name | | |

---

**3.24** | **Nonpriority creditor's name and mailing address**

**PrePass**
**PO Box 932588**
**Atlanta, GA 31193**

Date(s) debt was incurred  **02/29/2024**

Last 4 digits of account number  **1251**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Weigh station bypass**

Is the claim subject to offset? ☒ No ☐ Yes

**$168.85**

---

**3.25** | **Nonpriority creditor's name and mailing address**

**Rebel Oil Company Inc**
**10650 W Charleston Blvd**
**Suite 100**
**Las Vegas, NV 89135**

Date(s) debt was incurred  **01/3/2024**

Last 4 digits of account number  **8362**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Oil for servicing tow trucks**

Is the claim subject to offset? ☒ No ☐ Yes

**$846.20**

---

**3.26** | **Nonpriority creditor's name and mailing address**

**Safety-Kleen Systems Inc**
**PO Box 975201**
**Dallas, TX 75397**

Date(s) debt was incurred  **03/2/2024**

Last 4 digits of account number  **1298**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Oil waste pickup**

Is the claim subject to offset? ☒ No ☐ Yes

**$514.17**

---

**3.27** | **Nonpriority creditor's name and mailing address**

**United First UCE/First Premier Bank**
**601 S Minnesota Ave**
**Sioux Falls, SD 57101**

Date(s) debt was incurred  **02/28/2024**

Last 4 digits of account number  **_**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Loan**

Is the claim subject to offset? ☒ No ☐ Yes

**$30,000.00**

---

**3.28** | **Nonpriority creditor's name and mailing address**

**United First UCE/First Premier Bank**
**601 S Minnesota Ave**
**Sioux Falls, SD 57101**

Date(s) debt was incurred  **02/28/2024**

Last 4 digits of account number  **_**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Loan**

Is the claim subject to offset? ☒ No ☐ Yes

**$13,260.00**

---

**3.29** | **Nonpriority creditor's name and mailing address**

**US Bank**
**PO Box 790408**
**St Louis, MO 63179**

Date(s) debt was incurred  **Date Opened: 03/4/2024**
**Last Used: 02/28/2024**

Last 4 digits of account number  **4235**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Credit Card 4,990 points available**

Is the claim subject to offset? ☒ No ☐ Yes

**$5,834.54**

---

**3.30** | **Nonpriority creditor's name and mailing address**

**US Bank**
**PO Box 790408**
**St Louis, MO 63179**

Date(s) debt was incurred  **Date Opened: 05/1/2009**
**Last Used: 01/20/2023**

Last 4 digits of account number  **8526**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business credit card 0 point rewards**

Is the claim subject to offset? ☒ No ☐ Yes

**$7,255.56**

---

| Debtor | **Barstow Towing, Inc.** | Case number *(if known)* | **24-11988-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,643.58 |
|---|---|---|---|

**Verdant Commercial Capital**
**PO Box 207202**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/1/2019

Basis for the claim:  Purchase of a 2020 International MV Car Carrier

Last 4 digits of account number  6500

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,675.31 |
|---|---|---|---|

**Verdant Commercial Capital**
**PO Box 207202**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/1/2019

Basis for the claim:  Purchase of a 2018 Ram 3500 Pickup truck

Last 4 digits of account number  6502

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,504.95 |
|---|---|---|---|

**Verdant Commercial Capital**
**PO Box 207202**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  07/1/2021

Basis for the claim:  Purchase of a 2021 International MV Car Carrier

Last 4 digits of account number  6502

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47,593.93 |
|---|---|---|---|

**Verdant Commercial Capital**
**PO Box 207202**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/1/2020

Basis for the claim:  Purchase of a 2021 International MV Car Carrier

Last 4 digits of account number  6503

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,407.46 |
|---|---|---|---|

**Verdant Commercial Capital**
**PO Box 207202**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  07/1/2021

Basis for the claim:  Purchase of 2019 International 4300 Car Carrier

Last 4 digits of account number  6505

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,407.46 |
|---|---|---|---|

**Verdant Commercial Capital**
**PO Box 207202**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  07/1/2021

Basis for the claim:  Purchase of a 2020 International CV Service Bed
Truck

Last 4 digits of account number  6505

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,800.12 |
|---|---|---|---|

**Westrux International Inc**
**PO Box 309**
**Norwalk, CA 90651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/8/2024

Basis for the claim:  Tow Truck Parts

Last 4 digits of account number  6985

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | **Barstow Towing, Inc.** | Case number (if known) | **24-11988-MH** |
|---|---|---|---|
| | Name | | |

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 800.00 |
| **5b. Total claims from Part 2** | 5b. | + $ | 14,922,544.55 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 14,923,344.55 |

**Fill in this information to identify the case:**

Debtor name     **Barstow Towing, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **24-11988-MH**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest | **Lease for business premises located at 2241 West Main Street, Baratow, CA  92311** |
| State the term remaining | **Month to Month** |
| | **Leonard Purdy** |
| | **5208 Concho Bay** |
| List the contract number of any government contract | **PO Box 305** |
| | **Topock, AZ 86436** |

**Fill in this information to identify the case:**

Debtor name    **Barstow Towing, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **24-11988-MH**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Alicia Dawn Benavidez** | **Rowe Mllen LLP James S. Brasher, Esq. 3636 Nobel Drive, Suite 315 San Diego, CA 92122-1042** | **Lida N. Fitzpatrick** | ☐ D _____<br>■ E/F  **3.17** _____<br>☐ G _____ |