Case 6:24-bk-11988-MH    Doc 70    Filed 11/15/24    Entered 11/15/24 16:09:00    Desc
Main Document    Page 1 of 3

Leonard M. Shulman – Bar No. 126349
Melissa Davis Lowe – Bar No. 245521
**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone:   (949) 340-3400
Facsimile:    (949) 340-3000
Email:         LShulman@shulmanbastian.com
                    MLowe@shulmanbastian.com

Attorneys for Larry D. Simons,
Chapter 7 Trustee

**FILED & ENTERED**

**NOV 15 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** craig       **DEPUTY CLERK**

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION**

| | |
|---|---|
| In re<br><br>**BARSTOW TOWING, INC.,**<br><br>Debtor. | Case No. 6:24-bk-11988-MH<br><br>Chapter 7<br><br>**ORDER GRANTING IN PART CHAPTER 7 TRUSTEE'S MOTION FOR ORDER AUTHORIZING: (1) PAYOFF OF EXISTING LIENS ON ESTATE VEHICLES FROM ESTATE FUNDS; AND (2) SURCHARGE OF COLLATERAL PURSUANT TO 11 U.S.C. § 506(c)**<br><br>**Hearing**:<br>Date:       November 13, 2024<br>Time:      11:00 a.m.<br>Place:      Courtroom 301<br>                United States Bankruptcy Court<br>                3420 Twelfth Street<br>                Riverside, CA 92501 |

The Motion of Larry D. Simons ("Trustee"), solely in his capacity as the Chapter 7 trustee for the bankruptcy estate ("Estate") of Barstow Towing, Inc. ("Debtor") for Order Authorizing: (1) Payoff of Existing Liens on Estate Vehicles From Estate Funds; and (2) Surcharge of Collateral Pursuant to 11 U.S.C. § 506(c) [Docket No. 61] ("Motion")[1] came on for shortened time hearing on November 13, 2024 at 11:00 a.m., the Honorable Mark D. Houle, United States Bankruptcy Judge, presiding. Melissa Davis Lowe appeared on behalf of the Trustee, who was also present; Raffi Khatchadourian appeared on behalf of secured creditor Wintrust Specialty Finance ("Wintrust"); all other appearances are as stated on the record.

The Court, after having considered the Motion and the oppositions and arguments of counsel at the hearing on the Motion, the Court finding that due and proper notice has been given to all parties in interest, and based upon the Court's findings as stated on the record, it is hereby

ORDERED as follows:

1. The Motion is granted in part and denied in part as set forth herein.

2. The Motion is granted with respect to the request to payoff the existing liens such that the Trustee is authorized to immediately pay off the existing lienholders on the Encumbered Vehicles from Estate funds on hand.

3. The Motion is granted with respect to the request for surcharge pursuant to 11 U.S.C. § 506(c) in the total amount of $1,750.00 per each of the following Encumbered Vehicles: (1) Lot 2, a 2020 International MV Car Carrier, VIN 5834; (2) Lot 5, a 2018 Vehicle: Freightliner Tow Truck, VIN 4269; (3) Lot 7, a 2021 International MV Car Carrier, VIN 0689; and (4) Lot 8, 2021 International MV Car Carrier, VIN 4118.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning set forth in the Motion.

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

2

4.  As to Wintrust, a surcharge of its collateral pursuant to 11 U.S.C. § 506(c) is authorized and approved in the amount of $500 only as to each of the vehicles listed here: (1) Lot 11, a 2020 International Service Bed Truck, VIN 9825; and (2) Lot 13, a 2018 Ram 3500 Pickup, VIN 4176.

###

Date: November 15, 2024

Mark Houle
United States Bankruptcy Judge