Larry D. Simons
larry@lsimonslaw.com
3550 Vine Street, Suite 210
Riverside, CA 92507
Tel: (951) 686-6300
Fax: (818) 698-1981

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>BARSTOW TOWING, INC.<br><br><br><br>Debtors. | Case No. 6:24-bk-11988 MH<br><br>Chapter 7<br><br>NOTICE OF TRUSTEE'S INTENTION TO ABANDON ESTATE PROPERTY PURSUANT TO 11 U.S.C. § 554 (a) AND LOCAL BANKRUPTCY RULE 6007-1<br><br>[No Hearing Required] |

**TO THE HONORABLE HON. MARK D. HOULE, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. § 554 (a) and Local Bankruptcy Rule 6007-1, Larry D. Simons, the Chapter 7 Trustee (the "Trustee") for the estate of BARSTOW TOWING, INC. , debtor herein (the "Debtor"), intends to abandon the estate's interest of any of the personal property known as the 2019 International 4300 EXT Cab, personal property herein (the "Auto") and the 2019 Chevron LCG12 Car Carrier, personal property herein (the "Equipment").

The Trustee is informed and believes that there is not any realizable equity in the Auto and the Equipment.  The amount of secured debt exceeds its value.

Pursuant to Local Bankruptcy Rule 6007-1, any objection and request for hearing must be filed and served on the undersigned not more than 17 days after service of this notice.  If no request for hearing is timely filed and served, the Trustee will be deemed to have abandoned any interest in the Auto and the Equipment 17 days from the date of mailing of this Notice, which date is noted below. No Court order will be required for the abandonment to be effective.

If a timely objection and request for hearing is filed and served, the Trustee shall, within 21 days from the date of service of the response and request for hearing, schedule and give not less than 14 days' notice of a hearing to those responding and to the United States Trustee. The proceedings in such matters will be governed by Local Bankruptcy Rule 9013-1(o).

Dated:  January 13, 2025            /s/ Larry D. Simons
                                    Larry D. Simons, Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

*3610 Central Avenue, Suite 400, Riverside, CA 92506*

A true and correct copy of the foregoing document entitled:
**Notice of Trustee's Intention to Abandon Estate Property Pursuant to U.S.C. § 554 (a) and Local Bankruptcy Rule 6007-1**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **01/13/2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**United States Trustee (RS): ustpregion16.rs.ecf@usdoj.gov**
**Martin A Eliopulos: elio@higgslaw.com**
**Garry A Masterson: BnkEcf-CA@weltman.com**
**Raffi Khatchadourian: raffi@hemar-rousso.com**
**Malhar S Pagay: mpagay@pszjlaw.com**
**Sweeney Kelly: kelly@ksgklaw.com**
**Amanda N Ferns: aferns@fernslaw.com**
**Kenneth D Peters: kpeters@dresslerpeters.com**
**Donald W Reid: don@donreidlaw.com**
**Melissa Davis Lowe: mlowe@shulmanbastian.com**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **01/13/2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/13/2025 | Keila Sosa | /s/ *Keila Sosa* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*     **F 9013-3.1.PROOF.SERVICE**

```
Label Matrix for local noticing        Barstow Towing, Inc                     Employment Development Dept.
0973-6                                  29655 Palermo Street                   Bankruptcy Group MIC 92E
Case 6:24-bk-11988-MH                   Barstow, CA 92311-1735                 P.O. Box 826880
Central District of California                                                 Sacramento, CA 94280-0001
Riverside
Mon Jan 13 15:31:06 PST 2025

Franchise Tax Board                     LEAF Capital Funding, LLC              WINTRUST SPECIALTY FINANCE, a division of Be
Bankruptcy Section MS: A-340            c/o Kenneth D. Peters                  Hemar, Rousso & Heald, LLP
P.O. Box 2952                           Dressler Peters LLC                    15910 Ventura Blvd., 12th Floor
Sacramento, CA 95812-2952               101 W. Grand Ave, Suite 404            Encino, CA 91436-2802
                                        Chicago, IL 60654-7129


Riverside Division                      American Towing & Recovery, Inc.       Avaya Financial Services First Citizens
3420 Twelfth Street,                    2520 East Main Street                  21146 Network Place
Riverside, CA 92501-3819                Barstow, CA 92311-5878                 Chicago, IL 60673-1211




B of A Business Advantage               CFG Merchant Solutions                 CIT BANK A DIVISION OF FIRST CITIZENS
PO Box 15796                            180 Maiden Ln                          BANK
Wilmington, DE 19886-5796               15th Floor                             c/o Weltman, Weinberg & Reis Co., LPA
                                        New York, NY 10038-5150                965 Keynote Circle
                                                                               Cleveland, OH 44131-1829


California Dept. of Tax and Fee Administrati   Charter Communications          Daniel T Ebersohl Sr.
Collection Support Bureau, MIC: 29             Spectrum Business               29655 Palermo St
PO Box 942879                                  PO Box 60074                    Barstow, CA 92311-1735
Sacramento, CA 94279-0029                      City of Industry, CA 91716-0074


Daniel T Ebersohl Sr.                   DirecTv                                Directv, LLC
and Addie L Ebersohl                    PO Box 5006                            by American InfoSource as agent
29655 Palermo St                        Carol Stream, IL 60197-5006            PO Box 5072
Barstow, CA 92311-1735                                                         Carol Stream, IL  60197-5072


Dr Mikes Walk In Clinic Inc             Flagstar Financial & Leasing, LLC      FleetPride
15791 Bear Valley Rd                    100 Duffy Ave Ste. 402                 Heavy Duty Parts and Services
Hesperia, CA 92345-1746                 Hicksville NY 11801-3636               PO Box 847118
                                                                               Dallas, TX 75284-7118


Flyers Energy                           Forward Financing LLC                  Franchise Tax Board
2360 Lindbergh St                       53 State St                            Bankruptcy Section MS A340
Auburn, CA 95602-9562                   20th Floor                             PO BOX 2952
                                        Boston, MA 02109-2820                  Sacramento CA 95812-2952


Franchise Tax Board                     Frontier Communications                GBR Funding West Inc DBA Byzfunder
PO Box 942857                           PO Box 740407                          530 7th Ave Ste 505
Sacramento, CA 94257-0531               Cincinnati, OH 45274-0407              New York, NY 10018-4890


Home Depot Credit Services              Leonard Purdy                          Leonard Purdy
Dept 32-2531968828                      5208 Concho Bay                        5208 Concho Bay
PO Box 78047                            PO Box 305                             PO Box 305
Phoenix, AZ 85062-8047                  Topock, AZ 86436-0305                  Topock, AZ 86436
                                                                               Lida N. Fitzpatrick
                                                                               Ardalan & Associates PLC  86436-0305
```

| | | |
|---|---|---|
| Leonard W. Purdy and Paulette J. Purdy<br>2241 W. Main Street<br>Barstow, CA 92311-3675 | Lisa N. Fitzpatrick<br>Ardalan & Associates PLC<br>Attn P Christopher Ardalan Esq<br>3225 Old Conejo Road<br>Thousand Oaks, CA 91320-2152 | MetLife Metropolitan<br>Life Insurance Company<br>811 Main Street 7th Floor<br>Kansas City, MO 64105-2005 |
| Mission Linen Supply<br>619 West Ave I<br>Lancaster, CA 93534-2585 | National Tire Wholesale<br>PO Box 205535<br>Dallas, TX 75320-5535 | ODK Capital, LLC<br>1400 Broadway<br>New York, NY 10018-5300 |
| On Deck- Celtic Bank<br>1400 Broadway<br>New York, NY 10018-5300 | Orkin Pest Control<br>PO Box 740300<br>Cincinnati, OH 45274-0300 | Platronics C&E Inc<br>1613 State Street Suite 6<br>Barstow, CA 92311-4117 |
| PrePass<br>PO Box 932588<br>Atlanta, GA 31193-2588 | Rebel Oil Company Inc<br>10650 W Charleston Blvd<br>Suite 100<br>Las Vegas, NV 89135-0101 | SANTANDER BANK, N.A.<br>Santander Bank, N.A., Attn.: G. Sulliva<br>3 Huntington Quadrangle, Ste. 101N<br>Melville, NY 11747-4623 |
| Safety-Kleen Systems Inc<br>PO Box 975201<br>Dallas, TX 75397-5201 | Santander Bank NA<br>PO Box 847386<br>Boston, MA 02284-7386 | Shanna M. Kaminski<br>P.O. Box 247<br>Grass Lake, MI 49240-0247 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | United First UCE/First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104-4824 | United First, LLC: 273182<br>27-01 Queens Plaza North, Ste. 802<br>Long Island City, NY 11101-4020 |
| United First, LLC: 273339<br>27-01 Queens Plaza North, Ste. 802<br>Long Island City, NY 11101-4020 | United States Trustee (RS)<br>3801 University Avenue, Suite 720<br>Riverside, CA 92501-3255 | Verdant Commercial Capital<br>PO Box 207202<br>Dallas, TX 75320-7202 |
| Westrux International Inc<br>PO Box 309<br>Norwalk, CA 90651-0309 | Wintrust Specialty Finance<br>Hemar, Rousso & Heald, LLP<br>c/o Raffi Khatchadourian, Esq.<br>15910 Ventura Boulevard, 12th Floor<br>Encino, CA 91436-2829 | Larry D Simons (TR)<br>Law Offices of Larry D. Simons<br>3550 Vine Street, Suite 210<br>Riverside, CA 92507-4175 |
| Leonard Purdy<br>PO Box 305<br>Topock, AZ 86436-0305 | Martin A Eliopulos<br>401 W A St Ste 2600<br>San Diego, CA 92101-7913 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

U.S. Bank National Association
Bankruptcy Department
PO Box 108
Saint Louis MO 63166-0108

(d)US Bank
PO Box 790408
St Louis, MO 63179

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)CIT BANK A DIVISION OF FIRST CITIZENS

(u)Courtesy NEF

(u)Flagstar Financial & Leasing, LLC

(d)American Towing and Recovery
2520 East Main St
Barstow, CA 92311-5878

(d)Barstow Towing, Inc.
29655 Palermo Street
Barstow, CA 92311-1735

(u)Barstow Towing, Inc.
29655 Palermo Street
Barstow, CA 92311
Martin A. Eliopulos, Esq. Higgs Fletcher
American Towing and Recovery
2520 East Main St

(u)Dr Mikes Walk In Clinic Inc
15791 Bear Valley Rd
Hesperia, CA 92345
FleetPride
Heavy Duty Parts and Services
PO Box 847118

(d)LEAF Capital Funding
c/o Kenneth D. Peters
Dressler Peters LLC
101 W. Grand Ave, Suite 404
Chicago, IL 60654-7129

(d)PrePass
PO Box 932588
Atlanta, GA 31193-2588

(u)Rebel Oil Company Inc
10650 W Charleston Blvd
Suite 100

(u)Lida Fitzpatrick

End of Label Matrix
Mailable recipients    55
Bypassed recipients    11
Total                  66